# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

## GALVESTON DIVISION

DIVISION 80 LLC,

    *Plaintiff,*

v.

MERRICK GARLAND,
in his official capacity as
Attorney General of the United States,

UNITED STATES DEPARTMENT OF
JUSTICE,

GARY RESTAINO,
in his official capacity as
Acting Director of the Bureau of Alcohol,
Tobacco, Firearms, and Explosives,

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

    *Defendants.*

Case No. 3:22-CV-00148

## PLAINTIFF'S DISCLOSURE STATEMENT

Division 80 LLC is a privately held limited liability company. There is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully Submitted,

Michael J. Sullivan
Massachusetts Bar No. 487210
*Pro Hac Vice Forthcoming*
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (703) 247-5446
Email: msullivan@ashcroftlawfirm.com

*/s/ Cory R. Liu*
Cory R. Liu
*Attorney-in-Charge*
Texas Bar No. 24098003
S.D. Texas Bar No. 3047640
ASHCROFT LAW FIRM LLC
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Fax: (703) 247-5446
Email: cliu@ashcroftlawfirm.com

*Counsel for Plaintiff Division 80 LLC*