# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

## GALVESTON DIVISION

DIVISION 80 LLC,

    *Plaintiff,*

v.

MERRICK GARLAND,
in his official capacity as
Attorney General of the United States,

UNITED STATES DEPARTMENT OF
JUSTICE,

GARY RESTAINO,
in his official capacity as
Acting Director of the Bureau of Alcohol,
Tobacco, Firearms, and Explosives,

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

    *Defendants.*

Case No. 3:22-CV-00148

## CERTIFICATE OF INTERESTED PARTIES

The following have a financial interest in the outcome of this litigation:

- Plaintiff Division 80 LLC

- Brandon Padilla, president and owner of Division 80 LLC

- Manufacturers, distributors, and retailers of products that are affected by the Final Rule

- Defendant Merrick Garland

- Defendant United States Department of Justice

- Defendant Gary Restaino

- Defendant Bureau of Alcohol, Tobacco, Firearms, and Explosives

        Respectfully Submitted,

        Michael J. Sullivan
        Massachusetts Bar No. 487210
        *Pro Hac Vice Forthcoming*
        ASHCROFT LAW FIRM LLC
        200 State Street, 7th Floor
        Boston, MA 02109
        Phone: (617) 573-9400
        Fax: (703) 247-5446
        Email: msullivan@ashcroftlawfirm.com

        */s/ Cory R. Liu*
        Cory R. Liu
        *Attorney-in-Charge*
        Texas Bar No. 24098003
        S.D. Texas Bar No. 3047640
        ASHCROFT LAW FIRM LLC
        919 Congress Ave., Ste. 1325
        Austin, TX 78701
        Phone: (512) 370-1800
        Fax: (703) 247-5446
        Email: cliu@ashcroftlawfirm.com

        *Counsel for Plaintiff Division 80 LLC*