UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

DIVISION 80 LLC,

    *Plaintiff,*

v.

MERRICK GARLAND,
in his official capacity as
Attorney General of the United States,

UNITED STATES DEPARTMENT OF
JUSTICE,

GARY RESTAINO,
in his official capacity as
Acting Director of the Bureau of Alcohol,
Tobacco, Firearms, and Explosives,

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,

    *Defendants.*

Case No. 3:22-CV-00148

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE MOTION IN EXCESS OF PAGE LIMIT**

Plaintiff requests leave to file a Motion for a Preliminary Injunction that exceeds the standard 30-page limit set forth in this Court's rules of practice. The Motion is 65 pages, excluding the cover sheet, table of contents, table of authorities, and index of exhibits. The Motion presents issues that warrant briefing in excess of the 30-page limit. Defendants are unopposed.

Respectfully submitted,

Michael J. Sullivan
Massachusetts Bar No. 487210
*Pro Hac Vice Pending*
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (703) 247-5446
Email: msullivan@ashcroftlawfirm.com

*/s/ Cory R. Liu*
Cory R. Liu
*Attorney-in-Charge*
Texas Bar No. 24098003
S.D. Texas Bar No. 3047640
ASHCROFT LAW FIRM LLC
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Fax: (703) 247-5446
Email: cliu@ashcroftlawfirm.com

*Counsel for Plaintiff Division 80 LLC*

## Certificate of Service

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 6, 2022. A true and accurate copy of the foregoing document was also sent to the following address:

daniel.riess@usdoj.gov

*/s/ Cory R. Liu*
Cory R. Liu

## Certificate of Conference

I certify that, on June 6, 2022, I conferred with Defendants' counsel, who stated that Defendants were unopposed to this motion.

*/s/ Cory R. Liu*
Cory R. Liu
