United States District Court
Southern District of Texas
**ENTERED**
June 07, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| DIVISION 80, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:22-CV-00148 |
| VS. | § | |
| | § | |
| MERRICK GARLAND, in his official | § | |
| capacity as Attorney General of the | § | |
| United States, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having considered Defendants' unopposed motion for leave to file a response in excess of page limits and to set a briefing schedule, that motion is hereby GRANTED and:

Defendants shall file their response in opposition to Plaintiff's Motion for Preliminary Injunction, on or before July 1, 2022.  Defendants' response in opposition shall not exceed 65 pages, exclusive of cover sheet, table of contents, table of authorities, and any index of exhibits; AND

Plaintiff shall file its reply in support of its Motion for Preliminary Injunction on or before July 15, 2022.  IT IS SO ORDERED.

SIGNED on Galveston Island this _7th_ day of June, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE