# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **DIVISION 80 LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:22-cv-00148 |
| ) | |
| **MERRICK GARLAND, in his official capacity** ) | |
| **as Attorney General of the United States** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## DECLARATION OF RAYMOND BABAUTA

I, Raymond Babauta, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 as follows:

1. I am employed as a paralegal specialist with the United States Attorney's Office for the Southern District of Texas.

2. On June 10, 2022, I visited 700 Smith Street, Houston, Texas 77002. A United States Post Office is located at that address.

3. The Post Office is located on the 1st floor of the Bob Casey Federal Building at 515 Rusk Street, Houston, Texas. However, the Post Office at that location maintains a separate mailing address of 700 Smith Street.

4. During my visit, a Post Office employee confirmed that "700 Smith Street #61070" is the address of a Post Office Box located in the Post Office at 700 Smith Street.

5. On June 10, 2022, I visited 3 Greenway Plaza, Houston, Texas 77046.

1

6. During my visit, I verified that 3 Greenway Plaza, Suite 1320, is presently being leased or occupied by Swyft Filings, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_June 15, 2022_
Date

_____
Raymond Babauta
Paralegal Specialist
United States Attorney's Office for the
Southern District of Texas
United States Department of Justice