# EXHIBIT 3





# Franchise Tax Account Status
As of : 07/01/2022 09:48:58

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| DIVISION 80 LLC ||
|---:|:---|
| Texas Taxpayer Number | 32082069454 |
| Mailing Address | 1001 SUE DR STE A2 KEMAH, TX 77565-3284 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 11/29/2021 |
| Texas SOS File Number | 0804328118 |
| Registered Agent Name | LEGALCORP SOLUTIONS, LLC |
| Registered Office Street Address | 3 GREENWAY PLAZA #1320 HOUSTON, TX 77046 |