facebook





# Liquidation TX

@liquidationtx · Furniture store

Send message

Hi! Please let us know how we can help.

**Home**  Reviews  Videos  Photos  More ▾

## About                                        See all

1001 Sue Dr Suite A2 Kemah, TX 77565

### See more of Liquidation TX on Facebook

Log In     or     Create new account



https://www.facebook.com/liquidationtx/

# facebook

http://www.liquidationtx.com/

(713) 597-9819

Price range · $

customerservice@liquidationtx.com

Furniture store · Home decor · Discount Store

## Photos                                                                 See all



## Videos                                                                 See all

### See more of Liquidation TX on Facebook

Log In          or          Create new account

facebook　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Log In

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

　Page created - June 18, 2021

### Related Pages

　**Bella's Sweet Treats**
Bakery

　**Houston Smart Lighting**
Lighting Store

　**Noemi's Treats**
Dessert Shop

Privacy · Terms · Advertising · Ad Choices▸ · Cookies · More · Meta © 2022

　**Liquidation TX**
November 13, 2021 · 🌐

🚨LIQUIDATION FURNITURE SALE🚨
💥CLEAR OUT SALE💥

Need to make room for incoming inventory!
💥EVERYTHING MUST GO!!💥

All ... **See more**



### See more of Liquidation TX on Facebook

Log In　　or　　Create new account

tacos, cheap dinner, Max  Kemah, TX

For Businesses    Write a Review    Log In    Sign Up

Restaurants    Home Services    Auto Services    More

# Liquidation TX

✓ Claimed • Furniture Stores, Mattresses    Edit

Write a review    Add photo    Share    Save

Add photo or video

## Location & Hours



Edit business info

**1001 Sue Dr**
Ste A2
Kemah, TX 77565

Get directions

**http://Www.Liquidationtx.com**

(713) 597-9819

**Get Directions**
1001 Sue Dr Ste A2 Kemah, TX 77565

**Message the Business**

### You Might Also Consider    Sponsored ⓘ


**Texas Mattress Makers - Downtown Houston**
★★★★½ 124    📍 23.6 miles away from Liquidation TX

**Jason S. said** "Two years in, still crazy, crazy comfortable. We happily recommend these guys to anyone: the value is unbelievable, with really great beds going for less than half the cost of a similar bed at Gallery or big-name mattress stores. I…"   **read more**

in Mattresses


**Frontier**

in Furniture Stores


**Texas Furniture Center**

Furniture Store new period come visit us today. Best price in Houston. Sofa, Livingroom Recliner set. Sectional, Bedroom, Bed frame, Mattress. Same day FREE delivery and assembly   **read more**

in Furniture Stores, Mattresses