# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80 LLC, | Case No. 3:22-cv-00148 |
| Plaintiff, | District Judge Jeffrey V. Brown |
| v. | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of Defendants' motion for leave to conduct discovery limited to the issue of subject matter jurisdiction, any opposition and reply thereto, and the applicable law, it is hereby ORDERED that Defendants' motion is GRANTED. Defendants shall have at least 15 days to propound written discovery requests limited to the topic of the basis for Plaintiff's standing. Plaintiff shall have at least 15 days to provide written responses to the requests. Any deposition of Mr. Brandon Padilla shall take place at least 7 to 14 days thereafter.

SIGNED on Galveston Island this _____ day of _____, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE