UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 3:22-CV-00148<br><br>District Judge Jeffrey V. Brown |

**UNOPPOSED MOTION OF 16 MAJOR CITIES, THE DISTRICT ATTORNEYS FOR THE COUNTIES OF DALLAS, BEXAR AND TRAVIS, TEXAS, AND PROSECUTORS AGAINST GUN VIOLENCE FOR LEAVE TO FILE A MEMORANDUM OF LAW AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A PRELIMINARY INJUNCTION**

**PERKINS COIE LLP**

Lee S. Richards
Arthur S. Greenspan
David B. Massey
Rachel S. Mechanic
Jacob J. Taber
Rebecca L. Salk
1155 Avenue of the Americas,
22nd Floor
New York, NY 10036
(212) 262-6900

Clarissa R. Olivares
3150 Porter Drive
Palo Alto, CA  94304-1212
650-838-4815

John R. Hardin
SDTX Federal ID # 37689
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
(214) 965-7700

*Attorneys for Amicus Curiae Prosecutors Against Gun Violence (counsel information continued on next page)*

James L. Shea
City Solicitor
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
James.shea@baltimorecity.gov

*Attorney for the City of Baltimore, MD*


Adam Cederbaum
Corporation Counsel
1 City Hall Sq., Room 615
Boston, MA 02201
617-635-4030
adam.cederbaum@boston.gov

*Attorney for the City of Boston, MA*


Celia Meza
Corporation Counsel
City of Chicago Department of Law
121 N. LaSalle St., Room 600
(312) 744-0220
Celia.meza@cityofchicago.org
Chicago, IL 60602

*Attorney for the City of Chicago, IL*


Zachary M. Klein
City Attorney
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
(614) 645-7385

*Attorney for City of Columbus, OH*


Barbara J. Doseck
City Attorney
City of Dayton, Ohio
101 W. Third St.
Dayton, Oh 45401

*Attorney for the City of Dayton, OH*

Howard G. Rifkin
Corporation Counsel
550 Main Street, Room 210
Hartford, CT 06103

*Attorney for the City of Hartford, CT*


Michael N. Feuer
Los Angeles City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012

*Attorney for the City of Los Angeles, CA*


Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

*Attorney for City of New York, NY*


Kenyatta Stewart
Corporation Counsel
920 Broad Street
Room 316
Newark, NJ
973-733-8935
stewartk@ci.newark.nj..us

*Attorney for Newark, NJ*


Barbara J. Parker
City Attorney
OAKLAND CITY ATTORNEY'S OFFICE
Oakland City Hall
1 Frank H. Ogawa Plaza
Oakland, CA 94612
(510) 238-3601
BParker@oaklandcityattorney.org

*Attorney for the Oakland City Attorney's Office*

Diana P. Cortes
City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
(215) 683-5003
diana.cortes@phila.gov

*Attorney for the City of Philadelphia, PA*


Jeffrey Dana
City Solicitor
444 Westminster St., Ste. 220
Providence, RI 02903

*Attorney for City of Providence, RI*


Linda S. Kingsley
Corporation Counsel
City of Rochester
30 Church Street, Room 400A
Rochester, New York 14614
Phone: (585) 428-6986
linda.kingsley@cityofrochester.gov

*Attorney for City of Rochester, NY*


David Chiu
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

*Attorney for the City and County of San Francisco, CA*


Susan R. Katzoff
Corporation Counsel
City Hall Room 300
233 East Washington Street
Syracuse, New York 13202
Phone: (315) 448 – 8400
Skatzoff@syrgov.net

*Attorney for City of Syracuse, NY*


Ann Davison
City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

*Attorney for the City of Seattle, WA*


Jose D. Gonzales
Bexar County Criminal District Attorney
101 W. Nueva St., 7th Floor
San Antonio, TX 78205
210-335-2311


John C. Creuzot
Dallas County Criminal District Attorney
133 N. Riverfront L.B. 19
Dallas, TX 75207
214-653-3620


José P. Garza
Travis County District Attorney
Ronald Earle Building
415 West 11th St.
Austin, TX 78701
512-854-9400s

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Rule 7 of the Local Rules of the United States District Court for the Southern District of Texas, 16 major cities across the United States (the "Amici Cities"), the District Attorneys for the Counties of Dallas, Bexar and Travis, Texas (the "Amici District Attorneys") and Prosecutors Against Gun Violence ("PAGV," and together with the Amici Cities and the Amici District Attorneys, the "Amici") hereby respectfully move for leave to file an amicus brief in support of Defendants' Opposition to Plaintiff's Emergency Motion for a Preliminary Injunction. A copy of the proposed amicus brief is attached hereto as Exhibit A. Pursuant to Local Rule 7, this is an unopposed motion.  A proposed order is attached.  Oral argument is not requested.

The Amici Cities, which have a collective population of 24 million Americans, are deeply concerned with the growing spread of ghost guns. They are a coalition of municipalities, diverse in terms of geography, size and composition, that are all united by a common purpose—to protect the health and safety of their residents from the rising tide of gun violence on their streets and across the country.

PAGV is an independent, nonpartisan group that identifies and promotes prosecutorial and policy solutions for the national public health and safety crisis of gun violence.  PAGV's membership comprises 70 elected prosecutors, who collectively serve over 65 million Americans in 30 states. Its mission includes sharing best practices for prosecuting gun offenders and defending common-sense gun safety policies.

The Amici District Attorneys include Joe D. Gonzalez, the Bexar County Criminal District Attorney, John C. Creuzot, the Dallas County Criminal District Attorney, and José P. Garza, the Travis County District Attorney.  The Amici District Attorneys serve a collective population of over 5.8 million Texans.

"The extent to which the court permits or denies amicus briefing lies solely within the court's discretion. Factors relevant to the determination of whether amicus briefing should be allowed include whether the proffered information is 'timely and useful' or otherwise necessary to the administration of justice." *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007), *aff'd sub nom. U.S. ex rel. Gudur v. Deloitte & Touche*, No. 07- 20414, 2008 WL 3244000 (5th Cir. Aug. 7, 2008). Pursuant to this standard, this Court allows the filing of *amicus* briefs in appropriate cases, including *Texas v. United States*, 86 F. Supp. 3d 591, 608 (S.D. Tex. 2015), and *Texas v. Biden*, ECF No. 137, Case No. 3:21-cv-00065 (S.D. Tex. Sept. 28, 2021).

The Amici respectfully request that this Court exercise its discretion to permit the Amici to file the attached *amicus curiae* brief. The brief offers a unique perspective on the issues in this case and does not unduly repeat the parties' arguments. Specifically, the Amici draw upon their collective experiences to provide the Court with data and specific, real-world examples of the effects of ghost guns on public safety and the unique challenges that these unserialized and untraceable guns present to prosecutors and local law enforcement agencies that are tasked with preventing and prosecuting gun crime.

For the foregoing reasons, the Amici respectfully request that this motion for leave to file the accompanying memorandum of law as *amici curiae* be granted.

Dated: July 8, 2022

Respectfully submitted,

**PERKINS COIE LLP**

*/s/ John R. Hardin*
John R. Hardin
State Bar No. 24012784
SDTX Federal ID# 37689
500 N. Akard Street, Suite 3300
Dallas, Texas 75201
(214) 965-7700

Lee S. Richards
Arthur S. Greenspan
David B. Massey
Rachel S. Mechanic
Jacob J. Taber
Rebecca L. Salk
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
(212) 262-6900

Clarissa R. Olivares
3150 Porter Drive
Palo Alto, CA  94304-1212
650-838-4815

*Attorneys for Amicus Curiae Prosecutors Against Gun Violence*

(Counsel information continued on next page)

James L. Shea
City Solicitor
100 N. Holliday Street, Suite 101
Baltimore, MD 21202
James.shea@baltimorecity.gov

*Attorney for the City of Baltimore, MD*

Adam Cederbaum
Corporation Counsel
1 City Hall Sq., Room 615
Boston, MA 02201
617-635-4030
adam.cederbaum@boston.gov

*Attorney for the City of Boston, MA*

Celia Meza
Corporation Counsel
City of Chicago Department of Law
121 N. LaSalle St., Room 600
(312) 744-0220
Celia.meza@cityofchicago.org
Chicago, IL 60602

*Attorney for the City of Chicago, IL*

Zachary M. Klein
City Attorney
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
(614) 645-7385

*Attorney for City of Columbus, OH*

Barbara J. Doseck
City Attorney
City of Dayton, Ohio
101 W. Third St.
Dayton, Oh 45401

*Attorney for the City of Dayton, OH*

Howard G. Rifkin
Corporation Counsel
550 Main Street, Room 210
Hartford, CT 06103

*Attorney for the City of Hartford, CT*

Michael N. Feuer
Los Angeles City Attorney
200 N. Main Street, 6th Floor
Los Angeles, CA 90012

*Attorney for the City of Los Angeles, CA*

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of New York
100 Church Street
New York, NY 10007

*Attorney for City of New York, NY*

Kenyatta Stewart
Corporation Counsel
920 Broad Street
Room 316
Newark, NJ
973-733-8935
stewartk@ci.newark.nj..us

*Attorney for Newark, NJ*

Barbara J. Parker
City Attorney
OAKLAND CITY ATTORNEY'S OFFICE
Oakland City Hall
1 Frank H. Ogawa Plaza
Oakland, CA 94612
(510) 238-3601
BParker@oaklandcityattorney.org

*Attorney for the Oakland City Attorney's Office*

Diana P. Cortes
City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
(215) 683-5003
diana.cortes@phila.gov

*Attorney for the City of Philadelphia, PA*

Jeffrey Dana
City Solicitor
444 Westminster St., Ste. 220
Providence, RI 02903

*Attorney for City of Providence, RI*

Linda S. Kingsley
Corporation Counsel
City of Rochester
30 Church Street, Room 400A
Rochester, New York 14614
Phone: (585) 428-6986
linda.kingsley@cityofrochester.gov

*Attorney for City of Rochester, NY*

David Chiu
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Pl.
San Francisco, CA 94102

*Attorney for the City and County of San Francisco, CA*

Susan R. Katzoff
Corporation Counsel
City Hall Room 300
233 East Washington Street
Syracuse, New York 13202
Phone: (315) 448 – 8400
Skatzoff@syrgov.net

*Attorney for City of Syracuse, NY*

Ann Davison
City Attorney
701 Fifth Avenue, Suite 2050
Seattle, WA 98104

*Attorney for the City of Seattle, WA*

Joe D. Gonzales
Bexar County Criminal District Attorney
101 W. Nueva St., 7th Floor
San Antonio, TX 78205
210-335-2311

John C. Creuzot
Dallas County Criminal District Attorney
133 N. Riverfront L.B. 19
Dallas, TX 75207
214-653-3620

José P. Garza
Travis County District Attorney
Ronald Earle Building
415 West 11th St.
Austin, TX 78701
512-854-9400

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2022, I electronically filed the foregoing motion—together with the accompanying proposed order and the proffered *amicus curiae* memorandum—with the Clerk using the CM/ECF system, which I understand to have served the parties' counsel who are registered in as CM/ECF users.

By */s/ John R. Hardin*
John R. Hardin