United States District Court
Southern District of Texas
**ENTERED**
July 12, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| DIVISION 80 LLC, § | |
| § | |
| *Plaintiff*, § | |
| VS. § | CIVIL ACTION NO. 3:22-cv-148 |
| § | |
| MERRICK GARLAND, et al., § | |
| § | |
| *Defendants*. § | |

# ORDER

Before the court is the defendants' motion to conduct limited discovery on the issue of subject-matter jurisdiction. Dkt. 17. The motion is granted. The defendants have until Tuesday, July 19, to submit written discovery requests limited to the topic of the basis for the plaintiff's standing. The plaintiff has until Tuesday, July 26, to provide written responses or object. Any deposition of Brandon Padilla must take place by Tuesday, August 2. A hearing on the motion for a preliminary injunction, Dkt. 11, will take place on Tuesday, August 9, at 11:00 am in the Seventh Floor Courtroom.

Signed on Galveston Island this 12th day of July, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE