# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Division 80 LLC

v.  Case Number: 3:22–cv–00148

Merrick Garland, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
7th Floor Courtroom
United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 8/9/2022

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Preliminary Injunction – #11

Date:   July 12, 2022                                                                 Nathan Ochsner, Clerk