# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>*Defendants*. | No. 3:22-CV-00148<br><br>District Judge Jeffrey V. Brown |

## ORDER

On considering the unopposed motion of 16 major cities across the United States, the District Attorneys for the Counties of Dallas, Bexar and Travis, Texas, and Prosecutors Against Gun Violence for leave to file an amicus brief in support of Defendants' Opposition to Plaintiff's Emergency Motion for a Preliminary Injunction, the proposed amicus brief submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby:

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Amicus Brief submitted with the Motion for Leave to File.

SIGNED on Galveston Island this  15th  day of    July        , 2022.

JEFFREY VINCENT BROWN
**UNITED STATES DISTRICT JUDGE**

1