IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| Division 80 LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland,<br>in his official capacity as Attorney<br>General of the United States,<br><br>United States Department of Justice,<br><br>Gary Restaino,<br>in his official capacity as Acting<br>Director of the Bureau of Alcohol,<br>Tobacco, Firearms, and Explosives, &<br><br>Bureau of Alcohol, Tobacco, Firearms,<br>and Explosives,<br><br>    Defendants. | Case No. 3:22-cv-00148 |

**MOTION TO WITHDRAW AS COUNSEL**

Caroline W. Tan is leaving the Office of the Attorney General for the District of Columbia and thus moves to withdraw as counsel for *amici curiae* the District of Columbia and the States of New Jersey, Pennsylvania, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, New York, North Carolina, Oregon, Rhode Island, Washington, and Wisconsin (collectively, the "Amici States"). District of Columbia

Solicitor General Caroline S. Van Zile and New Jersey Deputy Attorney General Tim Sheehan will continue to represent Amici States.

Respectfully submitted,

| | |
|---|---|
| MATTHEW J. PLATKIN<br>Acting Attorney General<br>for the State of New Jersey | KARL A. RACINE<br>Attorney General for the District of Columbia |
| MELISSA MEDOWAY<br>Special Litigation Chief<br>Deputy Attorney General | CAROLINE S. VAN ZILE<br>Solicitor General |
| TIM SHEEHAN<br>Deputy Attorney General | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |

/s/ Caroline W. Tan

MATTHEW J. PLATKIN — (left column continued)

The Office of the Attorney
General of New Jersey
Richard J. Hughes Justice
Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625
(609) 376-3232
melissa.medoway@njoag.gov

JOSH SHAPIRO
Attorney General for the
Commonwealth of Pennsylvania

JACOB B. BOYER
Deputy Attorney General

Office of the Attorney General for
the Commonwealth of Pennsylvania
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 768-3968
jboyer@attorneygeneral.gov

August 2022

(right column continued)

CAROLINE W. TAN*
Assistant Attorney General

Office of the Solicitor General
Office of the Attorney General
for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 735-7579
caroline.tan@dc.gov

*Admitted to practice only in California

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, a true and accurate copy of the foregoing motion was filed electronically with the Court using the CM/ECF system. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

/s/ Caroline W. Tan
CAROLINE W. TAN