United States District Court
Southern District of Texas
**ENTERED**
August 22, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| DIVISION 80 LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 3:22-cv-148 |
| | § | |
| MERRICK GARLAND, *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The motion for Caroline W. Tan to withdraw as counsel for *amici curiae* in the above-styled case is granted. Dkt. 67. Accordingly, it is ordered that Ms. Tan is withdrawn as counsel of record for *amici curiae*.

Signed on Galveston Island this 22nd day of August, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE