UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80 LLC, | Case No. 3:22-cv-00148 |
| Plaintiff, | District Judge Jeffrey V. Brown |
| v. | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, | |
| Defendants. | |

## NOTICE OF RECENT AUTHORITY

Defendants hereby respectfully bring to the Court's attention a recent decision, *Morehouse Enterprises, LLC v. Bureau of Alcohol, Tobacco, Firearms and Explosives et al.*, No. 3:22-cv-116 (D.N.D. Aug. 23, 2022), in further support of Defendants' brief in opposition to Plaintiff's emergency motion for a preliminary injunction (ECF No. 16). *Morehouse Enterprises*, like this case, sought to enjoin the Rule in advance of its August 24, 2022 effective date. In denying the plaintiffs' motion for a preliminary injunction, the court held that the plaintiffs were not entitled to injunctive relief because they had failed to show a likelihood of success on the merits of any of their causes of action. The court also held that ATF's recent corrections to the Rule are "simply a correction of technical or clerical errors" and had no bearing on the request for injunctive relief. A copy of the decision is attached hereto.

DATED: August 23, 2022                          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch


*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:          (202) 353-3098
Email: Daniel.Riess@usdoj.gov

*Attorneys for Defendants*