# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

|  |  |
|---|---|
| DIVISION 80, LLC, | Case No. 3:22-cv-00148 |
|     Plaintiff, | District Judge Jeffrey V. Brown |
|   v. |  |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, |  |
|     Defendants. |  |

## JOINT SCHEDULING PROPOSAL

Counsel for the Parties respectfully propose the following schedule to the Court as the best way to move this matter to a resolution on the merits.

The Parties propose that Defendants' deadline to file an Answer in this case, which is currently due on or before September 22, 2022, in accordance with this Court's July 12, 2022 Order, ECF No. 36, be reset for December 2, 2022.

The Parties propose that the Court adopt the following deadlines:

| **Deadline** | **Date** |
|---|---|
| Defendants File Administrative Record | October 14, 2022 |
| Plaintiff's Motion for Summary Judgment | February 10, 2023 |
| Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion | March 10, 2023 |
| Plaintiff's Reply in Support of Its Motion and Opposition to Defendants' Cross-Motion | April 7, 2023 |
| Defendants' Reply in Support of Cross-Motion | May 5, 2023 |

The Parties recognize that this proposed schedule contemplates an unusually lengthy period between the filing of the Administrative Record and the commencement of summary judgment briefing.  However, here the Administrative Record is likely to include tens of thousands of pages of material, and this is a reasonable time period for the Parties to read and incorporate the contents of the Administrative Record into their summary judgment arguments. In the event that there is a disagreement over the adequacy of the record that the Parties cannot resolve, they will endeavor to bring it to the Court's attention in time to minimize any disruption to the agreed-upon schedule.

DATED: September 13, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ *Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:   (202) 353-3098
Fax:      (202) 616-8460
Email:   Daniel.Riess@usdoj.gov

*Counsel for Defendants*

Michael J. Sullivan
Massachusetts Bar No. 487210
*Admitted Pro Hac Vice*
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (703) 247-5446
Email: msullivan@ashcroftlawfirm.com

*/s/ Cory R. Liu*
Cory R. Liu
Texas Bar No. 24098003
S.D. Texas Bar No. 3047640
ASHCROFT LAW FIRM LLC
919 Congress Ave., Ste. 1325
Austin, TX 78701
Phone: (512) 370-1800
Fax: (703) 247-5446
Email: cliu@ashcroftlawfirm.com

*Counsel for Plaintiff*