UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80, LLC, | Case No. 3:22-cv-00148 |
| Plaintiff, | District Judge Jeffrey V. Brown |
| v. | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | |
| Defendants. | |

## SCHEDULING ORDER

The Court hereby establishes the following deadlines in this matter:

| **Deadline** | **Date** |
|---|---|
| Defendants File Administrative Record | October 14, 2022 |
| Defendants File Response Pleading to Plaintiff's Complaint | December 2, 2022 |
| Plaintiff's Motion for Summary Judgment | February 10, 2023 |
| Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion | March 10, 2023 |
| Plaintiff's Reply in Support of Its Motion and Opposition to Defendants' Cross-Motion | April 7, 2023 |
| Defendants' Reply in Support of Cross-Motion | May 5, 2023 |

Dated: September 14, 2022

_____
Hon. Andrew M. Edison
United States Magistrate Judge