UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00148<br><br>District Judge Jeffrey V. Brown |

**DEFENDANTS' NOTICE OF CONVENTIONAL**
**FILING OF CERTIFIED ADMINISTRATIVE RECORD**

Please take notice that Defendants have conventionally filed with the Clerk of Court a certified copy of the Administrative Record in this case, together with the Index of the Administrative Record. The Certification of the Administrative Record is attached as an exhibit hereto. The Administrative Record has not been filed electronically because its contents are tens of thousands of pages in length. Defendants have served a true and correct copy of the certified Administrative Record via overnight mail to all parties in this action.

DATED: October 24, 2022            Respectfully submitted,

                                               BRIAN M. BOYNTON
                                               Principal Deputy Assistant Attorney General

                                               ALEXANDER K. HAAS
                                               Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch


*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*