# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

## GALVESTON DIVISION

DIVISION 80 LLC,

      *Plaintiff*,

    v.

MERRICK GARLAND, in his official
capacity as Attorney General of the
United States, *et al*,

      *Defendants*.

Civil Action No. 3:22-CV-00148

## ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO AMEND SCHEDULING ORDER

Plaintiff Division 80, LLC's Unopposed Emergency Motion to Amend the Scheduling Order, ECF No. 76, is hereby GRANTED.

The amended dates are as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | Feb. 24,2023 |
| Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion | March 24, 2023 |
| Plaintiff's Reply in Support of Its Motion and Opposition to Defendants' Cross-Motion | April 21, 2023 |
| Defendants' Reply in Support of Cross-Motion | May 19, 2023 |

Signed this 10 day, February, 2023.


Hon. Jeffrey V. Brown
United States District Judge