UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>    Defendants. | Case No. 3:22-cv-00148<br><br>District Judge Jeffrey V. Brown |

**LIST OF EXHIBITS IN SUPPORT OF DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND BRIEF IN <u>OPPOSITION TO DIVISION 80 LLC'S MOTION FOR SUMMARY JUDGMENT</u>**

1

| Exhibit | Document | Date | Bates Numbers |
|---|---|---|---|
| 1 | Senate Report No. 88-1340 | Aug. 7, 1964 | N/A |
| 2 | Senate Report No. 89-1866 | Oct. 19, 1966 | N/A |
| 3 | 111 Congressional Record 5527 | March 22, 1965 | N/A |
| 4 | Comment by Sig Sauer, Inc. in Response to Notice | Sept. 22, 2021 | N/A |
| 5 | Comment by Nathan Quarantillo in Response to Notice | June 2, 2021 | N/A |
| 6 | Comment by Beretta U.S.A. Corp., Benelli U.S.A. Corp. and Stoeger Industries, Inc. in Response to Notice | June 24, 2021 | N/A |
| 7 | Comment by Scott Lipiec in Response to Notice | June 15, 2021 | N/A |
| 8 | ATF Letter to Private Counsel #303304 | March 20, 2015 | ATF 71845-71849 |
| 9 | ATF Classification Letter to Chris Coad, Ultra-Tech, Inc. | May 20, 2009 | ATF 000140-000141 |
| 10 | ATF Classification Letter to Jason Davis, Davis & Associates | Undated | ATF000248-000253 |
| 11 | Senate Report No. 79-752 | Nov. 19, 1945 | N/A |
| 12 | House of Representatives Report No. 79-1980 | May 3, 1946 | N/A |

DATED: March 24, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:       (202) 353-3098
Email: Daniel.Riess@usdoj.gov

*Attorneys for Defendants*