United States District Court
Southern District of Texas
**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| DIVISION 80 LLC, § § § § | |
| VS. § § § § | CIVIL ACTION NO. 3:22-CV-00148 |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, et al. § § § § § | |

## ORDER

Upon consideration of the Motion for Leave to File Amici Curiae Brief of Gun Owners for Safety and Individual Co-Amici, *see* ECF No. 93, and there appearing good cause to grant such leave,

IT IS HEREBY ORDERED that:

The Motion is GRANTED. The amici brief, attached to Motion, is deemed filed today, April 03, 2023.

SIGNED on Galveston Island this __3rd__ day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE