United States District Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| DIVISION 80 LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | 3:22-cv-148 |
| | § | |
| MERRICK GARLAND, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

# FINAL JUDGMENT

Pursuant to the court's memorandum opinion, Dkt. 100, entered in this case granting the defendant's motion for summary judgment on jurisdictional grounds, Dkt. 91, it is ordered that this case is dismissed without prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 12th day of June, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE